No. 05–5881.  ALKIRE *v.* WACHOVIA BANK, N. A., FKA FIRST
UNION NATIONAL BANK.  Ct. Sp. App. Md.  Certiorari denied.

No. 05–5882.  BRAY *v.* MITCHELL, WARDEN.  C. A. 9th Cir.
Certiorari denied.

No. 05–5884.  KLEINWACHTER *v.* MINNESOTA.  Ct. App. Minn.
Certiorari denied.

No. 05–5924.  LAURENTIU *v.* TEXAS.  Ct. App. Tex., 3d Dist.
Certiorari denied.

No. 05–5929.  MURPHY *v.* OHIO.  Ct. App. Ohio, Marion
County.  Certiorari denied.

No. 05–5942.  SEPULVEDA *v.* MORGAN, WARDEN.  C. A. 6th
Cir.  Certiorari denied.

No. 05–6072.  GREER *v.* FAULKNER, JUDGE, COURT OF COMMON
PLEAS OF OHIO, HARDIN COUNTY.  Sup. Ct. Ohio.  Certiorari
denied.

No. 05–6073.  HENDRICKS *v.* SOUTH CAROLINA.  Ct. Common
Pleas of Richland County, S. C.  Certiorari denied.

No. 05–6104.  FEAGINS *v.* TEXAS.  Ct. App. Tex., 3d Dist.
Certiorari denied.

No. 05–6123.  JOHNSON *v.* MARYLAND DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONAL SERVICES.  C. A. 4th Cir.  Certio-
rari denied.

No. 05–6136.  GARNER *v.* LAPPIN, DIRECTOR, FEDERAL BU-
REAU OF PRISONS, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 05–6154.  CORNISH *v.* PENNSYLVANIA.  Commw. Ct. Pa.
Certiorari denied.

No. 05–6157.  SOLIS *v.* CALIFORNIA.  Ct. App. Cal., 5th App.
Dist.  Certiorari denied.

No. 05–6174.  SCOTT *v.* PRICE ET AL.  C. A. 4th Cir.  Certio-
rari denied.

No. 05–6192.  ZIED-CAMPBELL *v.* PENNSYLVANIA DEPARTMENT
OF PUBLIC WELFARE.  Sup. Ct. Pa.  Certiorari denied.